# EXHIBIT A

7:11

**Steve Reinshuttle**

Sun, Jul 5, 12:16 PM

Hey! I sent you the email with the release letter. I'm not dying

So I'll be in tomorrow!

No need for you to come in. I have your scheduled covered. I will talk to you on Monday

Oh okay? Is everything okay?

I'm cleared.

Mon, Jul 6, 12:23 PM

Eric Parker

Tue, Jul 7, 6:08 PM

Hello,

As previously discussed, I returned the keys to the office. I did leave a thermometer in the office at green cove springs