UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

TYLER BAKER,

        Plaintiff,

v.

AMERICA'S BEST HEARING, LLC,
A FLORIDA LIMITED LIABILITY
COMPANY, PJC COASTAL
HEARING, LLC, A FLORIDA
LIMITED LIABILITY COMPANY,

        Defendants.

Case No. 2:20-cv-14469-AMC

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendants, AMERICA'S BEST HEARING, LLC, and PJC COASTAL HEARING, LLC, by and through undersigned counsel and pursuant to this Court's Order [Doc. 6] and Rule 7.1(a) of the Federal Rules of Civil Procedure, hereby disclose the following:

1.     The name of each person, attorney, association of persons, firms, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a) Tyler Baker
       *Named Plaintiff*

    b) America's Best Hearing, LLC
       PJC Coastal Hearing, LLC
       *Named Defendants*

    c) Stephen Reinshuttle
       *Owner of Defendants*

    d) Brian Koji, Esq.
       Barron F. Dickinson, Esq.

       Allen Norton & Blue, P.A.
       *Counsel of Record for Defendants*

e) James J. Henson, Esq.
   Ryan D. Naso, Esq.
   Morgan & Morgan, P.A.
   *Counsel of Record for Plaintiff*

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

America's Best Hearing, LLC, and PJC Coastal Hearing, LLC, are closely-held Florida corporations which have no publicly held affiliates. To Defendants' knowledge, there is no other entity whose publicly-traded stock, equity, or debt will be substantially affected by the outcome of these proceedings.

Dated this 11th day of February 2021.      Respectfully submitted,

       *s/ Brian Koji*
       BRIAN KOJI
       Florida Bar No. 0116297
       BARRON F. DICKINSON
       Florida Bar No. 0124082
       *Counsel for Defendant*

       **ALLEN NORTON & BLUE, P.A.**
       Hyde Park Plaza - Suite 225
       324 South Hyde Park Avenue
       Tampa, Florida 33606-4127
       (813) 251-1210 | (813) 253-2006 – Fax
       E-mail: bkoji@anblaw.com
                   bdickinson@anblaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of February 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to James J. Henson, Esq., Ryan D. Naso, Esq. of Morgan & Morgan, P.A., 20 North Orange Avenue, Suite 1600, Orlando, Florida 32801 [jjhenson@forthepeople.com; rnaso@forthepeople.com; siageal@forthepeople.com].

*s/ Brian Koji*
ATTORNEY