UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-14469-CIV-CANNON/MAYNARD

TYLER BAKER,

    Plaintiff,

v.

AMERICA'S BEST HEARING LLC, et al.,

    Defendants.

_____/

**ORDER SETTING DISCOVERY STATUS CONFERENCE**
**and**
**ORDER REQUIRING JOINT DISCOVERY STATUS REPORT**

**THIS CAUSE** comes before this Court upon an Order of Reference. It is hereby,

**ORDERED AND ADJUDGED** that U.S. Magistrate Judge **Shaniek M. Maynard** in the **Fort Pierce Division** will hold a final Discovery Status Conference on **TUESDAY, JANUARY 4, 2022** at **2:30 PM**. It will be a telephonic conference. The call-in conference number is (888) 684-8852, and the access code is 5312437. It is further,

**ORDERED AND ADJUDGED** that by **THURSDAY, DECEMBER 30, 2021** the parties shall file a **Joint Discovery Status Report** that addresses the following:

    a)  what discovery has been propounded by each party;

    b)  whether the discovery requests have been answered;

    c)  the status of depositions, including:

        1.  the number of depositions already taken;

        2.  the number of remaining depositions and whether they have been scheduled; and

      3. an explanation of any delay in scheduling the remaining depositions;

d) the status of expert disclosures;

e) whether there are any outstanding discovery disputes;

f) whether the parties believe that a discovery status conference is needed and whether it may be canceled; and

g) whether the parties can certify that all discovery will be completed by the discovery deadline.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 31st day of March, 2021.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE